RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for John Christian Finn

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>John Christian Finn,<br><br>      Defendant. | Case Nos. 2:22-mj-00227-DJA-1<br><br>ORDER **to Appear Via Videoconference for Change of Plea** |

Mr. Finn, through counsel, respectfully requests that this Court permit him to appear via video for his Change of Plea Hearing, currently set for February 1, 2023, at 10:00 a.m.[1]

**I.   BACKGROUND**

On March 24, 2022, John Christian Finn was charged–via complaint–with violating one count of Title 36 C.F.R. § 4.23(a)(1) – Operating a Motor Vehicle

---

[1] ECF 13.

While Under the Influence of Alcohol, and one count of 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle With a BAC of 0.08 Grams and Higher.[2]

On December 27, 2022, after receiving a signed guilty plea agreement from the government and Mr. Finn, this Court vacated the trial date, and set a change of plea hearing for February 1, 2023.[3] Based on his specific circumstances, Mr. Finn submits that he will be unable to attend in person, and respectfully requests that this Court permit him to make his appearance for his Change of Plea hearing, set for February 1, 2023, at 10:00 a.m., via video.

## II.     Argument

Mr. Finn resides in North Pole, Alaska, where he also works full time.[4] It would be difficult to coordinate with his employer to take the time off to travel to Nevada for this hearing. He can, however, be available via video for this proceeding. Additionally, he is currently unable to miss work and cover the expenses of gas and lodging for a trip to and from Las Vegas. As such, Mr. Finn respectfully requests that the Court allow him to appear via videoconference for the upcoming Change of Plea and Sentencing.  The government has no opposition to this request and defers to the court.

DATED: January 24, 2023

RENE L. VALLADARES
Federal Public Defender

*/s/ Navid Afshar*
NAVID AFSHAR
Assistant Federal Public Defender
Attorney for John Finn

---

[2] ECF 1.

[3] ECF 13.

[4] All information contained herein, regarding Mr. Finn, is based on information and belief.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-mj-00227-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| John Christian Finn, | |
| Defendant. | |

IT IS HEREBY ORDERED that Mr. Finn shall be allowed to appear via videoconference for his Change of Plea hearing, scheduled for February 1, 2023, at 10:00 am. Defense counsel is to provide the courtroom administrator with an email address where Mr. Finn can receive a zoom invitation to appear.

DATED this 25th day of January 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3